UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CRYSTAL MALONE,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO.:** **4:23-cv-00799-P** |
| **STATE FARM LLOYDS,** | § § | |
| Defendant. | § | |

### JOINT REPORT REGARDING MEDIATION AND NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Crystal Malone and Defendant State Farm Lloyds files this joint report regarding mediation. Defendant and Plaintiff reached an agreement to settle all claims against defendant in this case.

The parties mediated this case with Bryan Bruner on November 21, 2024. They were not able to come to an agreement at the mediation but Mr. Bruner stated he intended to issue a mediator's proposal for the parties consideration the following week. Mr. Bruner issued a mediator's proposal to the parties on November 25, 2024, setting a response deadline of December 9, 2024. On December 3, 2024, Mr. Bruner notified the parties that both parties had accepted the mediator's proposal. The parties anticipate that within sixty (60) days, a mutually agreeable settlement agreement will be executed, and a Joint Stipulation of Dismissal with Prejudice will be filed.

Respectfully Submitted,

*/s/ Susan E. Egeland*
SUSAN E. EGELAND
State Bar No. 24040854
susan.egeland@faegredrinker.com
MATTHEW C. SAPP
State Bar No. 24063563
Mapp.sapp@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Avenue, Ste. 1700
Dallas, Texas 75201
(469) 357-2500
(469) 327-0860 (Facsimile)
**ATTORNEYS FOR DEFENDANT**

*/s/ Jay Scott Simon (w/permission)*
Chad T. Wilson
State Bar No. 24079587
cwilson@cwilsonlaw.com
eservice@cwilsonlaw.com
Jay Scott Simon
State Bar No. 24008040
jsimon@cwilsonlaw.com
Joseph Milensky
State Bar no. 24118231
jmilensky@cwilsonlaw.com
Chad T. Wilson Law Firm PLLC
455 E. Medical Center Blvd., Suite 555
Webster, Texas 77598
(832) 415-1432
(281) 940-2137 (Fax)
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on December 6, 2024 a true and correct copy of the foregoing document was filed with the Court and served on all counsel of record via Pacer in accordance with the Federal Rules of Civil Procedure.

*/s/ Susan E. Egeland*
SUSAN E. EGELAND