UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CRYSTAL MALONE,**

   Plaintiff,

v.                                                     No. 4:23-cv-00799-P

**STATE FARM LLOYDS,**

   Defendant.

## ORDER

The Court received notification that the Parties settled the instant dispute. Insofar as the Parties reached a meeting of the minds regarding settlement, formal dismissal papers are a procedural technicality, not a rigid requirement. If the Parties have subsequent disputes regarding enforcement of the settlement agreement, such disputes are sound in contract and are unrelated to the instant case. Accordingly, acting upon the Parties' representations that this case has been settled, the Court **ORDERS** that this action is **DISMISSED with prejudice**.

**SO ORDERED** on this **9th day of December 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE